CECILY A. WATERMAN, State Bar No. 63502
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: cwaterman@morganlewis.com

ALEXANDER NESTOR, State Bar No. 202795
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: anestor@morganlewis.com

Attorneys for Defendant
BOSTON SCIENTIFIC CORPORATION

SEAN T. MCGEE, State Bar No. 167809
BAILEY & ASSOCIATES, APC
8865 Research Drive, Suite 200, 2nd Floor
Irvine, CA 92618
Tel: (949) 852.9899
Fax: (949) 852.8851
E-mail: smcgee@baileyassociates.net

Attorneys for Plaintiff
GREGORY E. MILLER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| GREGORY E. MILLER,<br><br>    Plaintiff,<br><br>    vs.<br><br>BOSTON SCIENTIFIC, aka BOSTON SCIENTIFIC CORPORATION, a business entity from unknown, and Does 1 through 100, inclusive,<br><br>    Defendants. | Case No. SACV07-1227 CJC (RNBx)<br><br>**[PROPOSED] ORDER REGARDING STIPULATED PROTECTIVE ORDER** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3712378.1

[PROPOSED] ORDER REGARDING
STIPULATED PROTECTIVE ORDER
CASE NO. SACV07-1227 CJC (RNBX)

1  Pursuant to the parties' [Proposed] Stipulated Protective Order filed herewith,
2  and good cause appearing therefor, IT IS SO ORDERED.

4  DATED: June 24, 2008      _____
5                            The Honorable Cormac J. Carney
                              United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3712378.1                1                [PROPOSED] ORDER REGARDING
                                                STIPULATED PROTECTIVE ORDER
                                                CASE NO. SACV07-1227 CJC (RNBX)