1  CECILY A. WATERMAN, State Bar No. 63502
   MORGAN, LEWIS & BOCKIUS LLP
2  One Market, Spear Street Tower
   San Francisco, CA  94105-1126
3  Tel:  415.442.1000
   Fax:  415.442.1001
4  E-mail:  cwaterman@morganlewis.com

5  ALEXANDER NESTOR, State Bar No. 202795
   MORGAN, LEWIS & BOCKIUS LLP
6  2 Palo Alto Square
   3000 El Camino Real, Suite 700
7  Palo Alto, CA  94306-2212
   Tel:  650.843.4000
8  Fax:  650.843.4001
   E-mail:  anestor@morganlewis.com
9
   Attorneys for Defendant
10 BOSTON SCIENTIFIC CORPORATION

11                                                        JS-6

12 SEAN T. MCGEE, State Bar No. 167809
   CLINTONBAILEY, APC
13 8865 Research Drive, Suite 200
   Irvine, CA 92618
14 Telephone:  (949) 852-9899
   Facsimile:   (949) 852-8851
15 Smcgee@baileyassociates.net

16 Attorneys for Plaintiff
   GREGORY E. MILLER
17

18                UNITED STATES DISTRICT COURT

19        CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

20

21
   GREGORY E. MILLER,                    Case No. SACV07-1227 CJC (RNBx)
22
                    Plaintiff,           [PROPOSED] ORDER GRANTING
23                                       DISMISSAL WITH PREJUDICE OF
              vs.                        ENTIRE ACTION
24
   BOSTON SCIENTIFIC, aka BOSTON        F.R.C.P. 41(A)(1)
25 SCIENTIFIC CORPORATION, a
   business entity from unknown, and
26 Does 1 through 100, inclusive,
27                Defendants.
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

DB2/21127966.1                    1

[PROPOSED] ORDER GRANTING DISMISSAL
WITH PREJUDICE OF ENTIRE ACTION CASE
NO. SACV07-1227 CJC (RNBX)

1    The Court having considered the stipulation of Dismissal with Prejudice of
2  the Entire Action entered into by and between the parties to this action, and their
3  counsel, and GOOD CAUSE appearing therefor,
4    IT IS HEREBY ORDERED that the above-captioned action be and the same
5  is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure
6  41(a)(1).

7

8  Dated: May 28, 2009

   _____
9                                Hon. Cormac J. Carney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

DB2/21127966.1                          1

[PROPOSED] ORDER GRANTING DISMISSAL
WITH PREJUDICE OF ENTIRE ACTION CASE
NO. SACV07-1227 CJC (RNBX)